ELIZABETH A. STRANGE
First Assistant United States Attorney
Wallace H. Kleindienst
Mary Sue Feldmeier
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
wallace.kleindienst@usdoj.gov
mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

**FILED**

2018 JUL 11  PM 3: 14

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR 18 - 1369 TUC JGZ(LAB)

| United States of America, | |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations: |
| Jonathan Lee Riches | 18 U.S.C. § 1001 (False Statements) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about March 18, 2016, within the District of Arizona, in a matter within the jurisdiction of the United States District Court for the District of Arizona, part of the judicial branch of the Government of the United States, the defendant, Jonathon Lee Riches, knowingly and willfully made, used, and filed a false and fraudulent writing and document falsely and fraudulently posing as Jared Lee Loughner, to-wit: a Complaint filed in the name of Jared Lee Loughner, Plaintiff, against Gabrielle Giffords, listed as Defendant, in the United States District Court for the District of Arizona, Case No. CV-16-00748-PHX-DJH-MHB, seeking $25,000,000 in punitive damages pursuant to Title 42, United States Code, Section 1983 (Violation of Civil Rights) from Gabrielle Giffords for emotional and psychological distress because said Jared Loughner was allegedly illegally incarcerated based on false statements made by Gabrielle Giffords, which said Complaint

contained materially false, fictitious and fraudulent statements, when in truth and fact as Jonathon Lee Riches knew that he was not Jared Lee Loughner and that the allegations in the Complaint were false and fraudulent.

All in violation of Title 18 United States Code Section 1001(a)(3).

/ S /
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: July 11, 2018

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Riches,*
*Indictment Page 2 of 2*