ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Wallace H. Kleindienst
Assistant U.S. Attorney
Arizona State Bar No. 012506
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: wallace.kleindienst@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-01369-TUC-JGZ |
|---|---|
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Jonathan Lee Riches, | |
| Defendant. | |

COMES NOW the United States of America, by and through its undersigned Counsel, and hereby respectfully submits its Sentencing Memorandum in this case. Sentencing is scheduled Friday, March 29, 2019.

1  On March 16, 2016, the defendant, using the name Jared Lee Loughner, filed a civil rights complaint against Gabrielle Giffords in the United States District Court in Phoenix, Arizona. The complaint sought $25,000,000 in punitive damages against Ms. Giffords. (A copy of the complaint can be made available to the Court before or at the sentencing hearing.)

2.  The defendant was subsequently indicted on July 11, 2018, for making a false statement in violation of Title 18, United States Code, Section 1001 in connection with the filing of the complaint.

3.  The government and the defendant entered into a plea agreement which provided for a stipulated term of probation for five years pursuant to Federal Rules

of Criminal Procedure, Rule 11(c)(1)(C). One of the terms of the plea agreement is that the defendant is prohibited from filing in any court in any jurisdiction any frivolous, specious, fraudulent, and/or vexatious complaints or lawsuits.

4. The government respectfully requests that this Court impose that sentence in this case. The probation officer concurs with this disposition.

5. Over the years, the defendant engaged in the filing complaints in courts around the United States similar to the one filed in this case, posing as another individual, often of some notoriety, against individuals who often were known to the public. In fact, the defendant published a book of a collection of these complaints. As far as the government knows, none of these complaints, like the one in the instant case, ever proceeded in any meaningful way and no one suffered any financial loss. They surely imposed a burden on the courts caused by the time spent on having to deal with these complaints in the appropriate fashion. The exact reasons for this behavior can only be answered by the defendant. The presentence report does provide some insight into his reasoning for this conduct.

6. As far as the government knows, the defendant has never previously been prosecuted for this conduct. It is hoped that this prosecution and the terms of his probation will put an end to this conduct.

7. It is true that the defendant has a rather significant criminal history including his conviction in the United States District Court in Houston, Texas for wire fraud charges, which resulted in a 125-month prison sentence. According to his probation officer, the defendant successfully served his term of supervised release following the end of his sentence. Supervision ended less than a year ago. Apparently, he has not engaged in any criminal conduct following the termination of his supervised release.

8. Additional incarceration, through a prison sentence in this case, would not further the interests of justice. He has admitted to his conduct and accepted responsibility for it. The presentence report does indicate factors in mitigation of his

conduct.  Hopefully, his prior incarceration has taught him that there are consequences for future criminal conduct including the filing of complaints as in the instant case.  The government respectfully requests this Court to accept this plea agreement.

        9.    Finally, the victim in this case has advised the government that she supports the stipulated term of probation for the defendant.

        Respectfully submitted on this 25th day of March, 2019.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

*s/Wallace H. Kleindienst*

WALLACE H. KLEINDIENST
Assistant U.S. Attorney

Copy of the above and foregoing served
electronically or by other means this
25th day of March, 2019, to:

Saul Huerta, Esq.