## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Jonathan Lee Riches**

USM#: 40948-018

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No.  CR-18-01369-001-TUC-JGZ (LAB)**

Saul Huerta, Jr.  (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 9/14/2018 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1001, False Statements, a Class D Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on **PROBATION** for a term of **FIVE (5) YEARS**. The defendant shall report to the probation office at the conclusion of sentencing.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED       **FINE:** WAIVED    **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

### PROBATION

It is ordered that while on probation, the defendant must comply with the mandatory and standard conditions of supervision as adopted by this court, in General Order 17-18, which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2. Of particular importance, the defendant must not commit another federal, state, or local crime during the term of supervision. Within 72 hours of sentencing or release from the custody of the Bureau of Prisons the defendant must report in person to the Probation Office in the district to which the defendant is released. The defendant must comply with the following conditions:

CR-18-01369-001-TUC-JGZ (LAB)                                                          Page 2 of 5
USA vs. Jonathan Lee Riches

## MANDATORY CONDITIONS

1)      You must not commit another federal, state or local crime.

2)      You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted.

3)      You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

## STANDARD CONDITIONS

1)      You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2)      After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3)      You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4)      You must answer truthfully the questions asked by your probation officer.

5)      You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6)      You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7)      You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

CR-18-01369-001-TUC-JGZ (LAB)                                                          Page 3 of 5
USA vs. Jonathan Lee Riches

8)      You must not communicate or interact with someone you know is engaged in criminal activity. If
        you know someone has been convicted of a felony, you must not knowingly communicate or
        interact with that person without first getting the permission of the probation officer.

9)      If you are arrested or questioned by a law enforcement officer, you must notify the probation
        officer within 72 hours.

10)     You must not own, possess, or have access to a firearm, ammunition, destructive device, or
        dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of
        causing bodily injury or death to another person such as nunchakus or tasers).

11)     You must not act or make any agreement with a law enforcement agency to act as a confidential
        human source or informant without first getting the permission of the court.

12)     If the probation officer determines that you pose a risk to another person (including an
        organization), the probation officer may require you to notify the person about the risk and you
        must comply with that instruction. The probation officer may contact the person and confirm that
        you have notified the person about the risk.

13)     You must follow the instructions of the probation officer related to the conditions of supervision.


## SPECIAL CONDITIONS

The following special conditions are in addition to the conditions of supervised release or supersede any
related standard condition:

1)      You must cooperate in the collection of DNA as directed by the probation officer.

2)      You must provide the probation officer with access to any requested financial information and
        authorize the release of any financial information. The probation office may share financial
        information with the U.S. Attorney's Office.

3)      You must participate in a mental health assessment and follow any directions by the probation
        officer or treatment provider, which may include taking prescribed medication. You must
        contribute to the cost of treatment in an amount to be determined by the probation officer.

4)      You must submit your person, property, house, residence, vehicle, papers, or office to a search
        conducted by a probation officer. Failure to submit to a search may be grounds for revocation of
        release. You must warn any other occupants that the premises may be subject to searches pursuant
        to this condition.

//
//
//

5)      You must participate in the Location Monitoring Program for a period of 60 days utilizing GPS monitoring and should abide by all technology requirements. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer. You must follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court and/or officer.

6)      You must not file or attempt to file in any local, state, federal, or foreign court, any complaint or other legal document or pleading in a name other than your own, whether it be in the name of a true or fictitious individual, and may only file a complaint or other legal document or pleading in his own name if the cause of action is genuine, meritorious and well-founded in fact and law and is not frivolous, specious, fraudulent, and/or vexatious.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

Date of Imposition of Sentence:  **Friday, March 29, 2019**

Dated this 1st day of April, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge

CR-18-01369-001-TUC-JGZ (LAB)                                                    Page 5 of 5
USA vs. Jonathan Lee Riches


**RETURN**

I have executed this Judgment as follows: _____

_____, the institution

defendant delivered on _____ to _____ at _____

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.


_____               By: _____
United States Marshal                                               Deputy Marshal


CR-18-01369-001-TUC-JGZ (LAB)- Riches