# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-01369-001-TUC-JGZ (LAB) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Jonathan Lee Riches, | |
| Defendant. | |

    Pending before the Court is Defendant's pro se Motion to Modify Standard Condition of Probation to Travel Outside of the District and Motion for Counsel. (Doc. 38.) In his motion, Defendant requests that the Court allow Defendant to travel freely within the United States with a minimum of 48 hours advance notice to his Probation Officer. Defendant further requests that the Court appoint counsel to handle this motion.

    This Court's third standard condition of supervision provides: "You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer." Gen. Order 17-18. Defendant represents that his Probation Officer has been responsive to his requests for travel. He requests modification to "provide a more efficient process for both parties." The Court concludes that modification is not necessary or desirable. The Court further concludes that appointment of counsel is not necessary to resolve this motion.

//

//

Accordingly, IT IS ORDERED DENYING Defendant's Motion to Modify Standard Condition of Probation to Travel Outside of the District and Motion for Counsel.    (Doc. 38.)

Dated this 10th day of September, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge

Cc:   Jonathan Lee Riches
      P.O. Box 51
      Tarpon Springs, FL 34688